

Tessa Cluck <tessa@brandnerlawfirm.com>

## Olivier vs Republic - Plfs' discovery responses

**Allene Thaller** <allene@brandnerlawfirm.com>  Mon, Jan 13, 2014 at 5:36 PM
To: aakers@lpwsl.com, cstuart@lpwsl.com
Cc: Michael Brandner <Michael@brandnerlawfirm.com>, Tessa Cluck <Tessa@brandnerlawfirm.com>, Keith Conley <Keith@brandnerlawfirm.com>

Counsel:

Please find attached the following discovery responses and documents attached thereto:

1. Plaintiffs' Responses to Republic's interrogatories and requests for production; and

2. Plaintiffs' Responses to Republic's Supplemental REquests for Production.


Allene Thaller
Case Manager
BRANDNER LAW FIRM, L.L.C.
610 Baronne Street, 3rd Floor
New Orleans, Louisiana 70113
(504) 552-5000 Phone
(504) 521-7550 Facsimile

Email: allene@BrandnerLawFirm.com


http://brandnerlawfirm.com/ or http://NolaAttorney.com/

NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may contain attorney-client materials and/or attorney work product, legally privileged and protected from disclosure. This e-mail is intended only for the addressee named above. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it and any and all copies of it. Thank you.


**2 attachments**

📄 **Plfs' Responses to Republic's Discovery Requests 01.13.14.pdf**
5075K

📄 **Plfs' Responses to Republic Fire Supplemental RFP 01.13.14.pdf**
3702K

Exhibit 1